THOMAS CLARK, Respondent, *v.* JAMES S. LYON et al., Appellants.

(Argued December 20, 1876; decided January 16, 1877.)

*John Hubbell* for the appellants.

*Spencer Clinton* for the respondent.

AGREE to affirm. No opinion.
All concur.
Order affirmed.

---

IN THE MATTER OF THE PETITION OF THE NEW YORK PROTESTANT EPISCOPAL PUBLIC SCHOOL TO VACATE AN ASSESSMENT.

(Argued December 5, 1876; decided January 16, 1877.)

REPORTED below, 8 Hun, 457.

*Geo. C. Genet* for the appellant.

*Hugh S. Cole* for the respondent.

Agree to affirm on opinion of FOLGER, J., in *In re Zborowski* (page 88, *ante*).

ALLEN, RAPALLO and MILLER, JJ., concur. CHURCH, Ch. J., and ANDREWS, J., concur in result, on ground that under the act, chapter 380, Laws of 1872, the remedy sought was not authorized. EARL, J., dissented.

Order affirmed.